UNITED STATES COURT OF INTERNATIONAL TRADE        FORM  1

| | |
|---|---|
| Giorgio Armani Corporation<br><br>                            Plaintiff,<br><br>   v.<br><br>   UNITED STATES,<br>                                        Defendant. | **S U M M O N S**<br><br>Court No. 21-00612 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 1001 | Center (if known): | |
|---|---|---|---|
| Protest Number: | 1001-21-100942 | Date Protest Filed: | 05/20/2021 |
| Importer: | Giorgio Armani Corp. (DB Claimant) | Date Protest Denied: | 11/08/2021 (deemed den.) |
| Category of Merchandise: | Wearing apparel & accessories | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 968-0170007-9 | 01/11/2017 | 01/11/2021 | 968-0170011-1 | 01/11/2017 | 01/11/2021 |
| 968-0170008-7 | 01/11/2017 | 01/11/2021 | 968-0170012-9 | 01/11/2017 | 01/11/2021 |
| 968-0170046-7 | 02/06/2017 | 02/06/2021 | 968-0170013-7 | 01/11/2017 | 01/11/2021 |
| 968-0170049-1 | 01/13/2017 | 01/13/2021 | 968-0170014-5 | 01/11/2017 | 01/11/2021 |

SIMONS & WISKIN (by Patrick C. Reed, Esq.)
45 Broadway, 15th Fl., New York, NY  10006
212-374-9300/732-316-2300/cell:646-627-6229
pcr@simonswiskin.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| Decision: Refusal to pay a claim for drawback.  Protest Claim: Payment required. |

| The issue which was common to all such denied protests: |
|---|
| Drawback entries deemed liquidated (treated as having been liquidated) |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2).  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid.

Patrick C. Reed

Digitally signed by Patrick C. Reed
Date: 2021.12.06 14:19:18 -05'00'

*Signature of Plaintiff's Attorney*

December 6, 2021

*Date*

SCHEDULE OF PROTESTS

Port: 1001

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 1001-21-100942 (continued) | 5-20-2021 | 11/8/2021 | 968-0170015-2 | 01/11/2017 | 01/11/2021 | 1001 |
| | | | 968-0170016-0 | 01/11/2017 | 01/11/2021 | 1001 |
| | | | 968-0170032-7 | 01/11/2017 | 01/11/2021 | 1001 |
| | | | 938-0170033-5 | 01/11/2017 | 01/11/2021 | 1001 |
| | | | 968-0170038-4 | 01/11/2017 | 01/11/2021 | 1001 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)